UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD DUMAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW UNITED MOTION MANUFACTURING, INC. ("NUMMI"), a California Corporation, et al.,<br><br>    Defendants. | Case No: C 09-5290 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

      Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Phyllis Hamilton to consider whether it is related to <u>Ronald Dumas v. New United Motors Manufacturing, Inc.</u>, Case No. C 05-4702 PJH.

      The telephonic Case Management Conference currently scheduled for July 22, 2010 is CONTINUED to **September 15, 2010 at 2:45 p.m.** The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

      IT IS SO ORDERED.

Dated: July 21, 2010

                                                              SAUNDRA BROWN ARMSTRONG<br>
                                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS et al,

      Plaintiff,

  v.

NEW UNITED MOTOR MANUFACTURING, INC et al,

      Defendant.

                                 Case Number: CV09-05290 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Dumas
942 91st Avenue
Oakland, CA 94603

Dated: July 22, 2010

                                 Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk