1  ERIC C. BELLAFRONTO, Bar No. 162102
   ecbellafronto@littler.com
2  SUZANNE R. NESTOR, Bar No. 217984
   snestor@littler.com
3  ERICA H. KELLEY, Bar No. 221702
   ekelley@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
6  Telephone:    408.998.4150
   Facsimile:    408.288.5686
7
   Attorneys for Defendants
8  NEW UNITED MOTOR MANUFACTURING, INC.
9
   RONALD DUMAS
10 Plaintiff, *In Pro Per*

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION

15 RONALD DUMAS,                         Case No.  09-05290 SBA

16         Plaintiff,                    **STIPULATION AND  ORDER TO MODIFY CASE MANAGEMENT ORDER**

17    v.                                 **[FRCP 16(B)(4)]**

18 NEW UNITED MOTOR
   MANUFACTURING, INC. ("NUMMI"),
19 a California Corporation; GARRETT     Judge: Saundra B. Armstrong
   EMERY, an individual; a business entity of
20 unknown form; and DOES 1-20, inclusive,,

21         Defendant.

JOINT STIP TO MODIFY SCHEDULING ORDER (NO. 09-05290 SBA)

1  Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Ronald Dumas, *in pro per*, and
2  Defendant New United Motor Manufacturing, Inc. ("NUMMI") hereby stipulate as follows:

3  WHEREAS, the Court's current Case Management Order set Non-Expert Discovery
4  Cut-Off for May 2, 2011, Dispositive Hearing Deadline for June 21, 2011, and a Pre-trial Settlement
5  Conference for July 6, 2011, among other deadlines;

6  WHEREAS, Defendant timely served Plaintiff with written discovery requests for
7  response, and timely noticed his deposition to take place on or before the discovery cut-off;

8  WHEREAS, Plaintiff notified Defendant that he is in the process of speaking with
9  and attempting to secure counsel and requires additional time to prepare his discovery responses and
10 appear for his deposition;

11 WHEREAS, the Parties are cooperating to address these issues and have agreed that
12 Plaintiff's Deposition will take place on May 24, 2011 and June 7, 2011, and that he will produce all
13 documents within his possession, custody or control to counsel for Defendant by June 1, 2011 via
14 Federal Express;

15 WHEREAS, the Parties agree that because Defendant has agreed to continue
16 Plaintiff's discovery response deadline and deposition to accommodate Plaintiff's time constraints
17 and attempt to secure counsel, Defendant will not be in a position to file a dispositive motion until
18 after completing Plaintiff's deposition, and beyond the date by which dispositive motions currently
19 are required to be filed in this matter;

20 WHEREAS, the Parties agree that it would prejudice Plaintiff if he were not
21 permitted additional time to serve his discovery responses and that it would prejudice Defendant if it
22 were prohibited from filing a dispositive motion;

23 WHEREAS, the Parties further agree that, in the interests of judicial economy, the
24 July 6, 2011 settlement conference should be conducted after a dispositive motion hearing; and

25 WHEREAS, the Parties have not made any previous requests to modify the Case
26 Management Order by stipulation.

27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

JOINT STIP TO MODIFY SCHEDULING
ORDER (NO. 09-05290 SBA)                2.

1   **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,**
2   based on the foregoing circumstances, to request that the Court establish the following modified
3   deadlines:

4   **Discovery Cut-Off:**  Plaintiff shall be permitted to serve his discovery responses to
5   the outstanding discovery that was properly and timely served and due prior to the current discovery
6   cut-off on June 1, 2011, via Federal Express delivery to counsel for Defendant.  Defendant shall be
7   permitted to conduct Plaintiff's deposition on May 24, 2011 and June 7, 2011, beginning at 10:00
8   a.m. on each day.

9   **Dispositive Motion Hearing Deadline**:  The dispositive motion hearing deadline
10  shall be continued to July 29, 2011, or as soon thereafter as the Court's calendar permits, to allow
11  the parties sufficient time to complete the deposition of Plaintiff and file a dispositive motion.

12  **Pre-Trial Settlement Conference**:  The Pre-trial Settlement Conference shall be
13  continued from July 6, 2011 to August 5, 2011, or as soon thereafter as the Court's calendar permits.

15  Dated: April 20, 2011

    ERIC C. BELLAFRONTO
    LITTLER MENDELSON
    A Professional Corporation
    Attorneys for Defendant
    NEW UNITED MOTOR MANUFACTURING, INC.

18  Dated: April 20, 2011

    RONALD DUMAS
    PLAINTIFF, *IN PRO PER*

22  IT IS SO ORDERED.

24  Dated:   4/28/11

    THE HONORABLE SAUNDRA B. ARMSTRONG
    United States District Judge

JOINT STIP TO MODIFY SCHEDULING ORDER (NO. 09-05290 SBA)     3.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONALD DUMAS et al,

   Plaintiff,

 v.

NEW UNITED MOTOR MANUFACTURING, INC et al,

   Defendant.
_____/

Case Number: CV09-05290 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Dumas
942 91st Avenue
Oakland, CA 94603

Dated: May 12, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

Firmwide:101271418.1 048320.1047

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT STIP TO MODIFY SCHEDULING ORDER (NO. 09-05290 SBA)   4.